Myron F. Smith, #072722
LAW OFFICE OF MYRON F. SMITH
4321 N. West Ave., Suite 105
Fresno, California 93705
Telephone: (559) 226-5400
Facsimile: (559) 226-5108

Attorney for Plaintiff, DOLARIAN CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT, FRESNO

| | |
|---|---|
| DOLARIAN CAPITAL, INC, <br><br> Plaintiff, <br><br> v. <br><br> SOC, LLC, a limited liability corporation, and Does 1 through 10, <br><br> Defendant | Case No: 1:10-CV-01899-LJO-SMS <br><br> **ORDER RE REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

    Having read and considered the request of the plaintiff, the complaint of Dolarian Capital, Inc v. SOC, LLC is dismissed without prejudice. The Clerk of the Court is directed to close this action in its entirety.

Dated: December 8, 2010

                                       _/s/ Lawrence J. O'Neill_____
                                       Lawrence J. O'Neill
                                       United States District Court Judge

**Law Office of Myron F. Smith**

4321 N.. West Avenue
Suite 105
Fresno, California 93705
Telephone (559) 226-5400